**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOHN J. LYNCH,  : No. 239 EAL 2018
               :
           Petitioner  :
               : Petition for Allowance of Appeal from
               : the Order of the Superior Court
      v.  :
               :
               :
FRANK HAY AND CHERYL WEAVER,  :
AKA MARIZONI,  :
               :
          Respondents  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of December, 2018, the Petition for Allowance of Appeal and Petitioner's Application for Leave to File Proofs/Exhibits pursuant to Pa. Rule of Appellate Procedure 2501(a) are **DENIED**.